IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CODY MICHAEL BATTERN-CARSON,
ADC #165482                                                                                                      PLAINTIFF

v.                                              4:20CV00228-JM-JTK

PAGIE, et al.                                                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 9th day of April, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE